

April 17, 2006

United States District Court
United States Courthouse
300 Ala Moana Boulevard, Room C-338
Honolulu, Hawaii 96850

**Re:** ***In re Hoopai, Debtor, Bk. No. 04-02511 (Ch. 13), James Pelosi and Marcelle Loren, Co-Trustees of the Maluhia Trust v. Lehua Hoopai;* Civil Nos. CV05-00186 DAE/KSC and CV05-00187 HG/BMK**

Gentlemen/Ladies:

This is to inform you that Troy T. Fukuhara, Esq. (6271-0) is no longer affiliated with Alston Hunt Floyd & Ing, effective as of April 7, 2006. Please update the above-referenced case to reflect such change. The following attorneys are assigned to this matter:

    SHELBY ANNE FLOYD  (1724-0)
    TINA L. COLMAN        (8321-0)

If you have any questions, please do not hesitate to contact our office.

Very truly yours,

TINA L. COLMAN

RECEIVED
CLERK U.S. DISTRICT COURT
APR 17 2006
DISTRICT OF HAWAII

TLC:akk

American Savings Bank Tower
18th Floor
1001 Bishop Street
Honolulu, Hawai'i 96813
Phone: (808) 524-1800
Fax: (808) 524-4591

Palani Court, Suite 104
74-5620 Palani Road
Kailua-Kona, Hawai'i 96740
Phone: (808) 326-7979
Fax: (808) 326-4779

www.ahfi.com  610888/7581-3